IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00207-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

VACATION CENTERS, INC., d/b/a VACATION CENTERS RESERVATIONS, a California
corporation, and
NAN J. HARRIS, its officer and director,

Defendants.

---

**ORDER**

---

This matter was set for a scheduling conference this morning.  The plaintiff appeared

through its counsel.  The complaint was filed on February 3, 2005.  Pursuant to Fed. R. Civ. P.

4(m), the plaintiff had 120 days within which to perfect service.  That time expired on June 3,

2005.

The plaintiff indicated at the scheduling conference that it has completed service of

process against Vacation Centers, Inc., but that there is a dispute about whether service has been

made against Nan J. Harris.

IT IS FURTHER ORDERED that the plaintiff shall file a status report on or before

**July 15, 2005**, indicating the status of service, whether the defendants are in default, and

whether a scheduling conference should be set.

Dated June 30, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge