IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00207-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

Plaintiff,

v.

VACATION CENTERS, INC., d/b/a VACATION CENTERS RESERVATIONS, a California corporation, and
NAN J. HARRIS, its officer and director,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Motion of Defendant Nan J. Harris for Enlargement of Time to Answer, Move Against or Otherwise Respond to Plaintiff's Complaint** (the "Motion"), filed August 30, 2005. The Motion is not opposed. In addition, the matter was set for a scheduling conference, but no joint scheduling order was submitted.

IT IS ORDERED that the Motion is GRANTED, and defendant Harris may have to and including **September 19, 2005**, within which to answer or otherwise respond to the complaint.

IT IS FURTHER ORDERED that a scheduling conference is set for **September 30, 2005, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order on or before **September 23, 2005**.

Dated September 1, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge