**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00207-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

 Plaintiff,

v.

VACATION CENTERS, INC., d/b/a VACATION CENTERS RESERVATIONS, a California corporation, and
NAN J. HARRIS, its officer(s) and director(s),

 Defendants.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

**Blackburn, J.**

 This matter is before me *sua sponte*. This case had been stayed pending the outcome of plaintiff's appeal to the United States Supreme Court in an analogous case, ***U.S. Fax Law Center, Inc. v. iHire, Inc.***, 476 F.3d 1112 (10th Cir. 2007). The Supreme Court recently denied plaintiff's petition for writ of *certiorari* in the ***iHire*** case. *See* 2008 WL 114024 (U.S. Jan. 14, 2008).

 Pursuant to the now clearly controlling authority of ***iHire***, in diversity cases controlled by Colorado substantive law, such as the present action, "an action based upon the receipt of unsolicited faxes by individuals in violation of the [Telephone Consumer Protection Act] is not assignable because such an action is in the nature of a violation of the right to privacy." ***iHire***, 476 F.3d at 1119-20 (quoting ***McKenna v. Oliver***, 159 P.3d 697, 700 (Colo. App. 2006), **cert. denied**, 2008 WL 114027 (Jan. 14,

2008)) (internal quotation marks omitted). Because such claims are not assignable, plaintiff lacks standing to maintain the present action. *Id.* at 1120. I thus exercise my discretion pursuant to D.C.COLO.LCivR 41.2 to direct the administrative closure of this case, subject to reopening for good cause.

**THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCivR 41.2, the Clerk of the Court is **DIRECTED** to administratively close this case subject to reopening for good cause.

Dated January 22, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**