IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-0207-REB-BNB

CONSUMER CRUSADE, INC., a Colorado corporation,

    Plaintiff,

v.

VACATION CENTERS, INC., d/b/a VACATION CENTERS RESERVATIONS, a California corporation, and
NAN J. HARRIS, its officer(s) and director(s),

    Defendants.

## ORDER GRANTING DEFENDANT NAN J. HARRIS' MOTION TO REOPEN

**Blackburn, J.**

    The matter before me is **Defendant Nan J. Harris' Motion To Reopen or, in the Alternative, Motion To Reconsider Order of Administrative Closure** [#51], filed March 21, 2008. I grant the motion.

    On January 22, 2008, I directed the clerk to administratively close this case pursuant to D.C.COLO.LCivR 41.2. Being advised of the premises of defendant's motion, I find that it is well taken and demonstrates good cause for reopening this matter. Given the Colorado Supreme Court's recent decision in ***Kruse v. McKenna***, 178 P.3d 1198 (Colo. 2008), which confirms the Tenth Circuit's ***Erie*** guess in ***US Fax Law Center v. iHire, Inc.***, 476 F.3d 1112 (10th Cir. 2007), ***cert. denied***, 128 S.Ct. 1062 (2008), that the claims at issue in this case are not assignable under Colorado law, plaintiff has no standing to assert the claims sought to be prosecuted here. Defendants are entitled to an outright dismissal of those claims.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant Nan J. Harris' Motion To Reopen or, in the Alternative, Motion To Reconsider Order of Administrative Closure** [#51], filed March 21, 2008, is **GRANTED**;

2. That this case shall be **REOPENED** for good cause shown;

3. That plaintiff's claims against defendants are **DISMISSED WITH PREJUDICE**;

4. That judgment **SHALL ENTER** for defendants, Vacation Centers, Inc. d/b/a Vacation Centers Reservations, and Nan J. Harris, its officer and director, against plaintiff, Consumer Crusade, Inc., as to all claims and causes of action asserted; and

5. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d) and D.C.COLO.LCivR 54.1.

Dated April 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**